UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| YAMAIRA REMIGIO, | : |
| Plaintiff, | : |
| v. | : CASE NO. 3:10CV466 (RNC) |
| COMMISSIONER OF SOCIAL SECURITY, | : |
| Defendant. | : |

## SCHEDULING ORDER

The plaintiff, proceeding pro se, commenced this action in March 2010. Pursuant to the scheduling order issued by the court the court (Chatigny, J.), "all dispositive motions (Remand to Commissioner, Reverse Decision of Commissioner, Summary Judgment and Dismiss) shall be filed within four months after filing the complaint." However, due to difficulties regarding service, the defendant did not file an answer to the complaint with the Administrative Record until September 14, 2010. (Doc. #9.) To date, no dispositive motion has been filed.

It is therefore ORDERED that all dispositive motions (Remand to Commissioner, Reverse Decision of Commissioner, Summary Judgment and Dismiss) shall be filed by February 1, 2011.

SO ORDERED at Hartford, Connecticut this 5th day of January, 2011.

_____/s/_____
Donna F. Martinez
United States Magistrate Judge