UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| YAMAIRA REMIGIO, | : |
| Plaintiff, | : |
| v. | : CASE NO. 3:10cv466 (RNC) |
| SOCIAL SECURITY ADMINISTRATION, | : |
| Defendant. | : |

ORDER

The plaintiff, proceeding pro se, commenced this action in March 2010. On September 14, 2010, the defendant filed an answer to the complaint with the Administrative Record. (Doc. #9.) On January 5, 2011, the court issued a scheduling order setting February 1, 2011 as the deadline for the plaintiff's filing of a dispositive motion. To date, the plaintiff has not filed a dispositive motion or a motion to extend the deadline.

It is hereby ORDERED that the plaintiff shall file a dispositive motion by March 31, 2011. Failure to comply with the court's order may result in the imposition of sanctions, including the recommendation that the case be dismissed for failure to prosecute pursuant to Fed. R. Civ. P. 41(b).

SO ORDERED at Hartford, Connecticut this 4th day of March, 2011.

_____/s/_____
Donna F. Martinez
United States Magistrate Judge